THE PEOPLE OF THE STATE OF NEW YORK ex rel. JONATHAN HANSON, Appellant, *v.* WILLIAM EDWARDS, as Commissioner of the Department of Street Cleaning of the City of New York, Respondent.

*People ex rel. Hanson* v. *Edwards*, 139 App. Div. 902, affirmed.
(Submitted November 16, 1910; decided December 6, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 17, 1910, which dismissed a writ of certiorari to review the determination of the defendant in dismissing the relator from the department of street cleaning in the city of New York.

*Theron Davis* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Theodore Connoly* and *Harry Crone* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.